UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA BUMATAY MULATO,<br><br>    Appellant,<br><br>v.<br><br>BARRY MILGROM, et al.,<br><br>    Appellees. | Case No. 16-cv-06934-RS<br><br>**ORDER TO SHOW CAUSE** |

Although the parties to this bankruptcy appeal failed expressly to request approval from this court of the "standstill agreement" they reached in the underlying proceedings, this matter has effectively been stayed. The dates referenced in the standstill agreement have now all passed, yet there has been no further activity herein. Accordingly, within 30 days of the date of this order, appellant shall either (1) file a dismissal, (2) file her opening brief, or (3) show cause why the appeal should not be dismissed for lack of prosecution. In the event appellant dismisses this appeal, she should also dismiss the related appeal, *Mulato et al. v. Wells Fargo Bank, N.A.*, et al., 3:16-cv-04610-RS

**IT IS SO ORDERED**.

Dated: August 31, 2017

_____
RICHARD SEEBORG
United States District Judge